## CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Andrew Ryan Lozinski**; DOB: 1991; United States | DOCKET NO.    **21-03294MJ** |
| | MAGISTRATE'S CASE NO. |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about October 1, 2021, in the District of Arizona, **Andrew Ryan Lozinski**, knowing and in reckless disregard of the fact that certain illegal aliens, including Daniel Estrada-Arellano, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law, and during and in relation to which the defendant caused serious bodily injury to or placed in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about October 1, 2021, in the District of Arizona, Nogales Border Patrol Station received a call from a concerned citizen stating five individuals were seen walking between houses in Nogales, Arizona. A few minutes later, Nogales Police Department (NPD) witnessed multiple individuals all wearing camouflage, enter a 2007 silver Chevrolet Malibu in the same area. NPD attempted to make a traffic stop, but the vehicle failed to yield. NPD officers witnessed five individuals jump out of the vehicle while it was still moving, including one woman who was dragged for a brief time. NPD and United States Border Patrol agents (BPAs) pursued the vehicle. The driver, later identified as **Andrew Ryan Lozinski**, drove at a high rate of speed, at one point exceeding 100mph. **Lozinski** also sped through a construction area, ran several red lights, and caused one NPD officer to crash his vehicle during the pursuit. **Lozinski** eventually drove towards the I-19 Border Patrol Checkpoint near KP 41. BPAs warned the agents at the checkpoint of the approaching vehicle, and an immobilization device was deployed. **Lozinski** continued to drive, crossing into oncoming traffic and off the freeway into a fence. **Lozinski** then attempted to flee on foot but was ultimately arrested. After being detained, agents stated to each other that they believed three aliens were pushed out while the vehicle was moving, and **Lozinski** spontaneously stated, "They jumped out on their own."

The five illegal aliens who jumped out of **Lozinski's** vehicle were apprehended, including Daniel Estrada-Arellano. All five individuals were determined to be citizens of Mexico, in the country illegally.

Material witness Daniel Estrada-Arellano stated after crossing into the United States illegally, his group was guided via cellphone to a pickup location. He stated a gray four-door vehicle was there waiting for them, and the male driver told them to get into the vehicle. The material witness stated once the driver saw the police, he began to drive erratically, and then told everyone to get out. Estrada-Arellano stated the driver slowed down, but was still moving as they exited the vehicle, causing a head injury to one woman. Estrada-Arellano identified **Lozinski** in a photo lineup as the driver. The material witness stated he believed the driver knew they were illegally in the country and believed part of his smuggling fee would go to the driver.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Daniel Estrada-Arellano

| Detention Requested<br>   Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY:   AUSA JAA/lw | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone   x<br>SIGNATURE OF MAGISTRATE JUDGE[1]    *Leslie A. Bowman* | DATE October 4, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54