```
GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
MICAH SCHMIT
Assistant U.S. Attorney
State Bar No.: 014887
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
gerard.schmit@usdoj.gov
Attorneys for Plaintiff
```

FILED

2021 OCT 27 PM 12: 51

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Andrew Ryan Lozinski,<br>　(Counts 1-2)<br><br>　　　　　Defendant. | CR21-02773 TUC-JGZ(EJM)<br><br>**INDICTMENT**<br><br><u>VIOLATIONS</u>:<br><br>8 U.S.C. § 1324(a)(1)(A)(v)(I)<br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324 (a)(1)(B)(iii)<br>(Conspiracy to Transport Illegal Aliens Placing in Jeopardy the Life of Any Person)<br>**Count 1**<br><br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324 (a)(1)(B)(iii)<br>(Transportation of Illegal Aliens Placing in Jeopardy the Life of Any Person)<br>**Count 2** |

**THE GRAND JURY CHARGES:**

**COUNT 1**

From a date unknown to on or about October 1, 2021, in the District of Arizona, Andrew Ryan Lozinski, did knowingly and intentionally combine, conspire, confederate, and agree with various other persons known and unknown to the grand jury, to transport and move illegal aliens, including Daniel Estrada-Arellano, within the United States by means of transportation or otherwise, in furtherance of such violation of law, and during and in relation to which the defendant caused serious bodily injury to

or placed in jeopardy the life of any person, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(iii).

## COUNT 2

On or about October 1, 2021, in the District of Arizona, Andrew Ryan Lozinski, knowing and in reckless disregard of the fact that an alien, Daniel Estrada-Arellano, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and during and in relation to which the defendant caused serious bodily injury to or placed in jeopardy the life of any person, in violation Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(iii).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: October 27, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

/s/

MICAH SCHMIT
Assistant U.S. Attorney

**REDACTED FOR
PUBLIC DISCLOSURE**

*United States of America v. Andrew Ryan Lozinski*
Indictment Page 2 of 2